LENARD E. SCHWARTZER
2850 S. Jones Blvd., Ste 1
Las Vegas, NV 89146
(702) 307-2022

TRUSTEE

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEVADA

| | |
|---|---|
| In re | Case No. BK-S 16-16106-BTB |
| ANASTASIA KARAMANIDES | IN PROCEEDINGS UNDER CHAPTER 7 |
| | TRUSTEE'S MOTION TO DISMISS CASE FOR FAILURE TO FILE REQUIRED DOCUMENTS UNDER SECTION 521(i) |
| Debtor. | (NO HEARING REQUIRED) |

The Motion of Lenard E. Schwartzer (the "Trustee") to dismiss this case represents:

1. Debtor filed for relief under the Bankruptcy Code on November 15, 2016, and the Trustee has duly qualified and is now acting as the Chapter 7 Trustee of the estate of the above-referenced debtor.

2. Debtor marked the petition designating that "Debts are primarily consumer debts."

3. Debtor failed to file schedules for more than 45 days after the filing of his petition. ***See Docket attached as Exhibit "1."***

4. Bankruptcy Code § 521 (i) provides

(1) Subject to paragraphs (2) and (4) and notwithstanding section 707(a), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under subsection (a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

(2) Subject to paragraph (4) and with respect to a case described in paragraph (1), any party in interest may request the court to enter an order dismissing the case. If requested, the court shall enter an order of dismissal not later than 7 days after such request.

(3) Subject to paragraph (4) and upon request of the debtor made within 45 days after the date of the filing of the petition described in paragraph (1), the court may allow the debtor an additional period of not to exceed 45 days to file the information required under subsection (a)(1) if the court finds justification for extending the period for the filing.

(4) Notwithstanding any other provision of this subsection, on the motion of the trustee filed before the expiration of the applicable period of time specified in paragraph (1), (2), or (3), and after notice and a hearing, the court may decline to dismiss the case if the court finds that the debtor attempted in good faith to file all the information required by subsection (a)(1)(B)(iv) and that the best interests of creditors would be served by administration of the case.

WHEREFORE, Trustee prays for an order confirming the automatic dismissal of this case, and such other and further relief as is just and proper.

DATED: January 5, 2017

_____
LENARD E. SCHWARTZER, TRUSTEE

**DECLARATION OF TRUSTEE**

I declare, under penalty of perjury, that the foregoing is true and correct, to the best of my knowledge, information and belief.

DATED: January 5, 2017

_____
LENARD E. SCHWARTZER

EXHIBIT "1"

DebtEd, BAPCPA, MEANSU

## U.S. Bankruptcy Court
## District of Nevada (Las Vegas)
## Bankruptcy Petition #: 16-16106-btb

*Assigned to:* BRUCE T. BEESLEY
Chapter 7
Voluntary
No asset

*Date filed:* 11/15/2016
*341 meeting:* 01/04/2017
*Deadline for objecting to discharge:* 02/17/2017

*Debtor*
**ANASTASIA KARAMANIDES**
2722 PORT LEWIS AVENUE
HENDERSON, NV 89052
CLARK-NV
SSN / ITIN: xxx-xx-7859

represented by ANASTASIA
KARAMANIDES
PRO SE

*Trustee*
**LENARD E. SCHWARTZER**
2850 S. JONES BLVD., #1
LAS VEGAS, NV 89146
(702) 307-2022

*U.S. Trustee*
**U.S. TRUSTEE - LV - 7**
300 LAS VEGAS BOULEVARD, SO.
SUITE 4300
LAS VEGAS, NV 89101

| Filing Date | # | Docket Text |
|---|---|---|
| 11/15/2016 | 1 (11 pgs) | Chapter 7 Voluntary Petition Individual. Fee Amount $0. Request for in forma pauperis waiver. Filed by ANASTASIA KARAMANIDES (arv) (Entered: 11/15/2016) |
| 11/15/2016 | 2 (2 pgs) | Meeting of Creditors and Notice of Appointment of Trustee LENARD E. SCHWARTZER, . 341 meeting to be held on 12/19/2016 at 10:30 AM at 341s - Foley Bldg,Rm 1500. Deadline to Object to Debtor's Discharge or to Challenge Dischargeability of Certain Debts due by 02/17/2017. (Entered: 11/15/2016) |

| | | |
|---|---|---|
| 11/15/2016 | 3 | Statement of Social Security Number(s). **This document contains sensitive information and cannot be viewed by the public.** Filed by ANASTASIA KARAMANIDES (arv) (Entered: 11/15/2016) |
| 11/15/2016 | 4 (4 pgs) | Application for Waiver of the Chapter 7 Filing Fee for Individuals Who Cannot Pay the Filing Fee in Full or in Installments with Proposed Order Filed by ANASTASIA KARAMANIDES (arv) (Entered: 11/15/2016) |
| 11/15/2016 | 5 | Set Deficient Filing Deadlines. Incomplete Filings due by 11/29/2016. Verification of Creditor Matrix due by 11/29/2016. Summary of Assets and Liabilities due by 11/29/2016. Schedules A/B-J due by 11/29/2016. Declaration Re: Schedules due by 11/29/2016. Statement of Financial Affairs due by 11/29/2016. Statement of Intent due by 12/15/2016. Statement of Current Monthly Income and Means Test Form 122A-1 Due: 11/29/2016. (arv) (Entered: 11/15/2016) |
| 11/15/2016 | 6 (2 pgs) | Notice of Incomplete and/or Deficient Filing. (arv) (Entered: 11/15/2016) |
| 11/16/2016 | | Notice of Debtor's Prior Filing for debtor ANASTASIA KARAMANIDES Case Number 07-12910, Chapter 7 filed in New Mexico Bankruptcy Court on 11/17/2007 , Dismissed for Abuse on 06/22/2009.(Admin) (Entered: 11/16/2016) |
| 11/17/2016 | 7 (3 pgs) | BNC Certificate of Mailing (Related document(s)2 Meeting of Creditors Chapter 7 No Asset (BNC)) No. of Notices: 2. Notice Date 11/17/2016. (Admin.) (Entered: 11/17/2016) |
| 11/17/2016 | 8 (3 pgs) | BNC Certificate of Mailing. (Related document(s)6 Incomplete and/or Deficient Filing-Ch 7 Individual (BNC)) No. of Notices: 1. Notice Date 11/17/2016. (Admin.) (Entered: 11/17/2016) |
| 11/21/2016 | 9 (1 pg) | Request for Special Notice Filed by BMW BANK OF NORTH AMERICA (ASCENSION CAPITAL GROUP, INC. (ma)) (Entered: 11/21/2016) |
| 11/21/2016 | 10 (1 pg) | |

| | | |
|---|---|---|
| | | Order Granting Debtor's Application for Waiver of the Chapter 7 Filing Fee (Related Doc # 4) (arv) (Entered: 11/21/2016) |
| 11/22/2016 | 11 (1 pg) | Request for Special Notice Filed by PRA RECEIVABLES MANAGEMENT, LLC (PORTFOLIO RECOVERY ASSOCIATES,LLC (vs)) (Entered: 11/22/2016) |
| 11/23/2016 | 12 (2 pgs) | Notice of Appearance and Request for Notice with Certificate of Service Filed by BRETT P. RYAN on behalf of Pingora Loan Servicing, LLC (RYAN, BRETT) (Entered: 11/23/2016) |
| 11/23/2016 | 13 (2 pgs) | BNC Certificate of Mailing - pdf (Related document (s)10 Order on Debtor's Application for Waiver of the Chapter 7 Filing Fee (BNC)) No. of Notices: 1. Notice Date 11/23/2016. (Admin.) (Entered: 11/23/2016) |
| 12/02/2016 | 14 (2 pgs) | Notice of Appearance and Request for Notice Filed by JAMES B. BALL on behalf of SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL (BALL, JAMES) (Entered: 12/02/2016) |
| 12/13/2016 | 15 (14 pgs) | Motion for Relief from Stay Property: 2012 BMW 535i Fee Amount $181. with Proposed Order Filed by BRIAN E HOLTHUS on behalf of BMW BANK OF NORTH AMERICA (HOLTHUS, BRIAN) (Entered: 12/13/2016) |
| 12/13/2016 | 16 | Receipt of Filing Fee for Motion for Relief from Stay(16-16106-btb) [motion,mrlfsty] ( 181.00). Receipt number 17208215, fee amount $ 181.00.(re: Doc#15) (U.S. Treasury) (Entered: 12/13/2016) |
| 12/13/2016 | 17 (3 pgs) | Notice of Hearing Hearing Date: 01/23/2017 Hearing Time: 10:00 a.m. with Certificate of Service Filed by BRIAN E HOLTHUS on behalf of BMW BANK OF NORTH AMERICA (Related document (s)15 Motion for Relief from Stay filed by Creditor BMW BANK OF NORTH AMERICA) (HOLTHUS, BRIAN) (Entered: 12/13/2016) |
| 12/13/2016 | 18 (1 pg) | 362 Information Sheet Filed by BRIAN E HOLTHUS on behalf of BMW BANK OF NORTH AMERICA (Related document(s)15 Motion for Relief from Stay filed by Creditor BMW BANK OF |

| | | |
|---|---|---|
| | | NORTH AMERICA) (HOLTHUS, BRIAN) (Entered: 12/13/2016) |
| 12/14/2016 | 19 | Hearing Scheduled/Rescheduled. Hearing scheduled 1/23/2017 at 10:00 AM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)15 Motion for Relief from Stay filed by Creditor BMW BANK OF NORTH AMERICA) (arv) (Entered: 12/14/2016) |
| 12/15/2016 | 20 (34 pgs) | Motion for Relief from Stay Property: 2722 Port Lewis Avenue, Henderson, NV 89052 Fee Amount $181. with Proposed Order with Certificate of Service Filed by JASON C. KOLBE on behalf of Pingora Loan Servicing, LLC (KOLBE, JASON) (Entered: 12/15/2016) |
| 12/15/2016 | 21 | Receipt of Filing Fee for Motion for Relief from Stay(16-16106-btb) [motion,mrlfsty] ( 181.00). Receipt number 17212524, fee amount $ 181.00.(re: Doc#20) (U.S. Treasury) (Entered: 12/15/2016) |
| 12/15/2016 | 22 (2 pgs) | Notice of Hearing *on Motion for Relief from Automatic Stay* Hearing Date: 1/23/2017 Hearing Time: 10:00 AM Filed by JASON C. KOLBE on behalf of Pingora Loan Servicing, LLC (Related document(s)20 Motion for Relief from Stay filed by Creditor Pingora Loan Servicing, LLC) (KOLBE, JASON) (Entered: 12/15/2016) |
| 12/16/2016 | 23 | Hearing Scheduled/Rescheduled. Hearing scheduled 1/23/2017 at 10:00 AM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)20 Motion for Relief from Stay filed by Creditor Pingora Loan Servicing, LLC) (mrb) (Entered: 12/16/2016) |
| 12/20/2016 | 24 (17 pgs; 4 docs) | Motion for Relief from Stay Property: 2015 Jeep Wrangler Fee Amount $181. with Proposed Order with Certificate of Service Filed by JAMES B. BALL on behalf of SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C)(BALL, JAMES) (Entered: 12/20/2016) |
| 12/20/2016 | 25 (3 pgs) | Notice of Hearing Hearing Date: 1/23/2017 Hearing Time: 10:00 a.m. with Certificate of Service Filed by JAMES B. BALL on behalf of SANTANDER CONSUMER USA INC. DBA CHRYSLER |

| | | |
|---|---|---|
| | | CAPITAL (Related document(s)24 Motion for Relief from Stay filed by Creditor SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL) (BALL, JAMES) (Entered: 12/20/2016) |
| 12/20/2016 | 26 (2 pgs) | Certificate of Service Filed by JAMES B. BALL on behalf of SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL (Related document(s) 24 Motion for Relief from Stay filed by Creditor SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL, 25 Notice of Hearing filed by Creditor SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL) (BALL, JAMES) (Entered: 12/20/2016) |
| 12/20/2016 | 27 | Receipt of Filing Fee for Motion for Relief from Stay(16-16106-btb) [motion,mrlfsty] ( 181.00). Receipt number 17221208, fee amount $ 181.00.(re: Doc#24) (U.S. Treasury) (Entered: 12/20/2016) |
| 12/20/2016 | 28 | Statement Adjourning Meeting of 341(a) Meeting of Creditors. Section 341(a) Meeting Continued on 1/4/2017 at 01:00 PM at 341s - Foley Bldg,Rm 1500. Debtor absent. (SCHWARTZER, LENARD) (Entered: 12/20/2016) |
| 12/21/2016 | 29 | Hearing Scheduled/Rescheduled. Hearing scheduled 1/23/2017 at 10:00 AM at BTB LV-Courtroom 4, Foley Federal Bldg. (Related document(s)24 Motion for Relief from Stay filed by Creditor SANTANDER CONSUMER USA INC. DBA CHRYSLER CAPITAL) (wml) (Entered: 12/21/2016) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 01/05/2017 15:22:20 | | | |
| PACER Login: | ls1864:2943570:0 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 16-16106-btb Fil or Ent: filed Doc From: 0 Doc To: 99999999 Term: included Format: html Page counts for documents: included |

| Billable Pages: | 3 | Cost: | 0.30 |
|---|---|---|---|